**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

STANLEY K. BURKE, ADC # 151700                                                                PLAINTIFF

v.                                      No. 1:16CV00098-JLH-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                                   DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   Defendants Kelley, Williams, Day, Griffin, ADC, and Correct Care Solutions are DISMISSED without prejudice.

2.   The Clerk of the Court amend the docket to reflect the correct spelling for Defendant Wendy Kelley.

3.   The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 19th day of September, 2016.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE