# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STANLEY K. BURKE, ADC # 151700                      PLAINTIFF

v.                      1:16CV00098-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Sergeant Queen, Stephen Williams, Major Keith Day, Marjorie Hall-Reed, Lisa Murray, and Does 1-3 are dismissed for failure to state a claim upon which relief may be granted.

2. Defendants' motion to dismiss is GRANTED and this cause of action is dismissed for failure to state a claim upon which relief may be granted. Document #41.

3. All pending motions are rendered moot.

4. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 28th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE