# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STANLEY K. BURKE, ADC # 151700                                                  PLAINTIFF

v.                         No. 1:16CV00098-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction; *et al.*                                     DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 28th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE